UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DANIEL MEIRA RIBEIRO PETITIONER

V. CIVIL ACTION No. 5:26-CV-86-DCB-BWR

WARDEN, Adams County Detention Center RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("Report") [ECF No. 13] of the United States Magistrate Judge entered herein on September 25, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In his Report, Judge Rath recommended that Daniel Meira Riberio ("Petitioner")'s Petition [ECF No. 1] be dismissed without prejudice because Petitioner's detention while his removal proceedings are ongoing is statutorily mandated under 8 U.S.C. § 1225(b)(1) and does not violate the Fifth Amendment's Due Process Clause. Peitioner, a native and citizen of Brazil who is pro se, has failed to file objections to the Report by his deadline of October 9, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Petition [ECF No. 1], the related filings, and the record in this matter. The Court observes that Petitioner entered the United States without valid entry documents and was detained that same day. During the subsequent and currently ongoing removal proceedings, Ribeiro has been detained by U.S. Immigration and Customs Enforcement. Having considered the Report and Recommendation of Judge Rath, the Court adopts his findings and conclusions in full as the opinion of the Court. As Judge Rath found, Ribeiro's detention while his removal proceedings are ongoing is mandated by statute and does not violate the Due Process Clause of the Fifth Amendment.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Accordingly, Daniel Meira Ribeiro's Petition [ECF No. 1] should be denied and dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED this the 14 day of October, 2026.

/s/ David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE